<u>**CIVIL CAUSE**</u>
<u>**ON TRIAL**</u>

**BEFORE: WEXLER, J.**          **DATE:** <u>**JANUARY 28, 2005**</u>          **TIME: 9:30 A.M.**

<u>**DOCKET #:**</u>   <u>**CV 03-4294**</u>

<u>**TITLE:**</u>        <u>**WEEKS**</u>      **V.**     <u>**SUFFOLK COUNTY, et al**</u>

      **APPEARANCES:**

         <u>**PLTFF**</u>        <u>**RICK OSTROVE, ESQ**</u>
                                   <u>**ROBERT VALLI, ESQ**</u>

         <u>**DEFT**</u>          <u>**BRIAN CALLAHAN, ESQ**</u>
                                   <u>**JENNIFER K. McNAMARA, ESQ**</u>

      <u>**COURT REPORTER: MARY ANN STEIGER**</u>

**CASE CALLED.**

**COUNSEL PRESENT.**

**TRIAL RESUMED.**

**JURY RETIRES FOR FURTHER DELIBERATION.**

**JURY RETURNS AND RENDERS ITS VERDICT:**

    **JURY FINDS IN FAVOR OF PLTFF AND AGAINST DEFTS.**
    **(SEE VERDICT SHEET)**
**JURY POLLED.**

**DEFTS' REQUEST TO FILE MOTION TO SET ASIDE VERDICT IN 2 WEEKS**

**IS GRANTED.  PLTFF TO FILE ANSWER IN 2 WEEKS.**

**JURY DISCHARGED.**

**JUDGMENT TO BE ENTERED AFTER MOTION IS DECIDED.**

**TRIAL CONCLUDED.**

    TOTAL TIME: 4.0 HRS