AO 187 (Rev. 4/82)

# EXHIBIT AND WITNESS LIST

| JOHN WEEKS | vs. SUFFOLK COUNTY PD, et al | DISTRICT COURT E. D. N. Y. |
|---|---|---|
| **PLAINTIFF'S ATTORNEY** RICK OSTROVE Robert Valli | **DEFENDANT'S ATTORNEY** BRIAN Callahan JENNIFER McNamara | **DOCKET NUMBER** CV 03 - 4294 **TRIAL DATE(S)** 1/18-19 |
| **PRESIDING JUDGE** LEONARD. D. WEXLER | **COURT REPORTER** MARY ANN STEIGER/auerbach | **COURTROOM DEPUTY** JOSIAH KHARTIE |

| PLF. NO. | DEF. NO. | DATE OFFERED | Marked | Admitted | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| | | 1/18/05 | | | Jury SELECTED |
| | | 1/19/05 | | | Trial ordered and BEGUN - |
| | | " | | | JURY SWORN - OPENING |
| | | " | | | π - JOHN Weeks as wit - |
| | | 1/20/05 | | | Trial Resumed |
| | | " | | | π JOHN WEEKS RESUMED TESTIMONY |
| | | " | | | JOSEPH SANTAMARIA as wit - |
| | | 1/21/05 | | | Trial RESUMED - |
| | | " | | | Bary BUTNER as wit - |
| | | 1/24/05 | | | Trial RESUMED |
| | | " | | | P.O. WORTHINGTON as wit - |
| | | " | | | π REST |
| | | " | | | MARIA DiMICELI as wit - |
| | | " | | | Peter QUINN as wit - |
| | | | | | |
| | | | | | |
| | | 1/21/05 | | | THOMAS PARSON as wit - |
| | | " | | | JOSEPH WEEKS " " |
| | | " | | | WILLIAM HAUSER " " |
| | | 1/25/05 | | | Trial Resumed |
| | | " | | | P.O. DENKEWIER as wit - |
| | | " | | | David GEER as wit - |
| | | " | | | Philip Robilotto as wit - |

*Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of _____ Pages

AO 187 (Rev. 4/82)

## EXHIBIT AND WITNESS LIST

| | | | | | |
|---|---|---|---|---|---|
| | | | VS. | | **DISTRICT COURT** E. D. N. Y. |
| **PLAINTIFF'S ATTORNEY** | | | **DEFENDANT'S ATTORNEY** | | **DOCKET NUMBER** CW |
| | | | | | **TRIAL DATE(S)** |
| **PRESIDING JUDGE** LEONARD. D. WEXLER | | | **COURT REPORTER** | | **COURTROOM DEPUTY** JOSIAH KHARTIE |

| PLF. NO. | DEF. NO. | DATE OFFERED | Marked | Admitted | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| | | 1/25/05 | | | william Mauck as wit. |
| | | 1/26/05 | | | Trial Resumed |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | 1/27/05 | | | Trial Resumed |
| | | '' | | | closings / charge / delib. |
| | | '' | | | Verdict Sheet - ct Exh #1 |
| | | '' | | | charge - copy = ct Exh #2 |
| | | '' | | | Jury Note - ct Exh #3 |
| | | '' | | | '' '' ct Exh #4 |
| | | '' | | | '' '' '' '', #5 |
| | | 1/28/05 | | | Trial Resumed |
| | | '' | | | Jury Note - ct Exh #6 |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

*Include a notation as to the location of any exhibit not held with the case file or not available because of size.