UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------X
JOHN WEEKS,

              Plaintiff,

     -against-

SUFFOLK COUNTY POLICE
DEPARTMENT et al.,

              Defendants.
----------------------------------------------------X

MEMORANDUM AND ORDER

CV 03-4294

(Wexler, J.)

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y

★ AUG 15 2005 ★

LONG ISLAND OFFICE

APPEARANCES:

    LEEDS MORELLI & BROWN, P.C.
    BY: RICK OSTROVE, ESQ.
    Attorneys for Plaintiff
    One Old Country Road Suite 347
    Carle Place, New York 11514

    CHRISTINE MALAFI, SUFFOLK COUNTY ATTORNEY
    BY: BRIAN P. CALLAHAN, ESQ. ASSISTANT COUNTY ATTORNEY
    Attorneys for Defendants
    100 Veterans Memorial Highway
    P.O. Box 6100
    Hauppauge, New York 11788

    ROMANO, CAPUTO & QUAIL, P.C.
    BY: JAMES J. QUAIL, ESQ.
    21 Carleton Avenue
    East Islip, New York 11730
    Former Attorney for Plaintiff

WEXLER, District Judge

       This case was tried before a jury that rendered a verdict awarding Plaintiff damages in the amount of $260,000. Of that award, $30,000 was assessed in punitive damages against Defendant Phillip Robillito and $150,000 was assessed against Defendant James Quinn.

In a memorandum and order of this court dated April 29, 2005 (The "April 29 Order"), this court set aside the $30,000 punitive damage award against Robillito, but otherwise affirmed the jury's verdict. At this time, the Clerk of the Court is directed to enter judgment in accord with the verdict as modified by the April 29 Order.

SO ORDERED.

LEONARD D. WEXLER
UNITED STATES DISTRICT JUDGE

Dated: Central Islip, New York
August 15, 2005